# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140696

ROBERT ADKINS, JACQUELINE ADKINS,
WILLIAM BACON, RICHARD DEMING,
AUDREY DEMING, GARY DENSLOW,
PATRICIA DENSLOW, WALTER H.
FORSBERG, GREGORY E. THOMPSON,
BONNIE L. THOMPSON, and ALGONQUIN
LAKE WATERFRONT OWNERS ALLIANCE,
      Plaintiffs-Appellees,

v

SC: 140696
COA: 286888
Barry CC: 07-000210-AA

RUTLAND CHARTER TWP ZONING BOARD
OF APPEALS, RUTLAND CHARTER TWP,
and RUTLAND CHARTER TWP ZONING
ADMINISTRATOR,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the January 26, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

d0517